**Eloy Arsenio SOSA–GARCIA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 05–72421.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 7, 2009.

Jesus Manuel Sanchez, Esquire, J. Manuel Sanchez & Associates, San Ysidro, CA, for Petitioner.

District Counsel, Esquire, Office of the District Director, U.S. Department of Homeland Security, Phoenix, AZ, Stephen J. Flynn, Assistant Director, Melissa Lynn Neiman–Kelting, Trial, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

■■■■■

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Eloy Arsenio Sosa–Garcia, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' order summarily affirming an immigration judge's removal order. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review de novo questions of law, *Altamirano v. Gonzales*, 427 F.3d 586, 591 (9th Cir.2005), and we deny the petition for review.

Sosa–Garcia does not challenge that he was convicted of a crime of domestic violence, rendering him removable under 8 U.S.C. § 1227(a)(2)(E)(i). Sosa–Garcia's contention that the petty offense exception found in 8 U.S.C. § 1182(a)(2)(A)(ii)(II) is applicable to the ground of removability in 8 U.S.C. § 1227(a)(2)(E)(i) is without merit. We need not reach his challenges to the agency's two alternative grounds for removability.

Sosa–Garcia's remaining contentions are not persuasive.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.